

**ORDERED in the Southern District of Florida on July 6, 2012.**

*Paul G. Hyman,* Chief Judge
United States Bankruptcy Court

_____


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 11-19665-BKC-PGH |
| Gary P Eliopoulos, | CHAPTER 7 |
|     Debtor._____/ | |
| PAH Co., | ADV. NO.: 11-2657-BKC-PGH-A |
|     Plaintiff, | |
| v. | |
| Gary P Eliopoulos, | |
|     Defendant._____/ | |

### ORDER TRANSFERRING CASE

**THIS MATTER** came before the Court *sua sponte*. The Court, being fully advised in the premises, hereby

**ORDERS AND ADJUDGES** that:

1.  This adversary proceeding is hereby **TRANSFERRED** to Judge Erik

       P. Kimball.

2.      The hearing scheduled for July 27, 2012 is hereby cancelled.

3.      Any other hearing on any pending motion is cancelled.

4.      The parties should contact Judge Kimball's courtroom deputy to reschedule hearings on any pending motions.

###

Copies Furnished to:

Harry J Ross, Esq.

Scott M. Grossman, Esq.